IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KILEY CLAY-EL, Inmate #R00217, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | CIVIL NO. 05-718-DRH |
| GOVERNOR ROD R. BLAGOJEVICH, ) | |
| MAYOR RICHARD DALEY, ) | |
| ATTORNEY GENERAL LISA ) | |
| MADIGAN, and ROGER E. WALKER, ) | |
| JR., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

November 27, 2006                         By:   /s/     David   RHerndon
*Date*                                                        *District Judge*